# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Marcus Andre Dodd

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

My Sisters' Place, Inc.; Karen Cheeks-Lomax; Thomas Rice; Robert R. Gheewalla; Suzanne Seideen; Barbara Raho

Evan J. Cohen; Cheryl Greenberg; Peter Cutaia; Maria Faustino; Dania Jones-Brown; Christina DeBonis

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (____) (____)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

I am requesting an attorney in this case due to the various causes of action included in the Complaint, the number of Defendants involved, and variety of case law and legal statutes involved. I am asking for an attorney early in this case because I want to make sure that that I do not make a mistake or error in the preliminary stages of the case, such as the Pleadings and Discovery,which could prove detrimental to me later. Thank you for your consideration.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have made several efforts to find and retain an attorney to represent me. I reached out to the law firm Phillips and Associates and retained them on July 22, 2021, however they discontinued my representation on December 14, 2021. I also reached out to the law firm Granovsky & Sundaresh to discuss my case, but was not able to retain them.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

December 20, 2021
Date

*[Signature]*
Signature

Dodd, Marcus, A
Name (Last, First, MI)

Prison Identification # (if incarcerated)

4646 North Beacon Street, #102   Chicago   IL   60640
Address   City   State   Zip Code

312-560-9880
Telephone Number

marcusandredodd@gmail.com
E-mail Address (if available)

2