January 20, 2022

US District Court

Southern District of New York

Case Number: 21-cv-10987

Name: Marcus Andre Dodd

4646 North Beacon Street, #102

Chicago, IL 60640

marcusandredodd@gmail.com

312-560-9880

Supplemental Information: Please add the following addresses to the Defendants in this case.

Signed:

*[signature]*

Marcus Dodd

**Defendant Addresses:**

My Sisters' Place, Inc.

c/o Karen Cheek-Lomax

3 Barker Ave, 5th Floor

White Plains, NY 10601

Karen Cheeks-Lomax

112 Esplanade

Mount Vernon, NY 10553

Thomas Rice

15 Thornewood Road

Armonk, NY 10504


Rob Gheewalla

325 Weaver St

Larchmont, NY 10538


Suzanne Seiden

22 Fairway Dr

Mamaroneck, NY 10543


Barbara Raho

63 Park Dr. S

Rye, NY 10580


Evan J. Cohen

3 Magnolia Drive

Purchase, NY 10577


Christina Debonis

7001 Chelsea Cove

Hopewell Junction, NY 12533


Peter Cutaia

99 Christine Court

Stormville, NY 12582

Cheryl Greenberg

10 Nosband Ave, Apt 5M

White Plains, NY 10605


Maria Faustino

81 Cramer Road

Poughkeepsie, NY 12603


Dania Jones-Brown

My Sisters' Place, Human Resources

3 Barker Ave, 5th Floor

White Plains, NY 10601