January 21, 2022

US District Court

Southern District of New York

Case Number: 21-cv-10987


Name: Marcus Andre Dodd

4646 North Beacon Street, #102

Chicago, IL 60640

marcusandredodd@gmail.com

312-560-9880


Request for Judge Vincent L. Briccetti to issue summons for all Defendants.  Thank you very much!


Signed:

*[signature]*

Marcus Dodd