January 21, 2022

US District Court

Southern District of New York

Case Number: 21-cv-10987

Name: Marcus Andre Dodd

4646 North Beacon Street, #102

Chicago, IL 60640

marcusandredodd@gmail.com

312-560-9880

To Judge Vincent L. Briccetti,

Hello, this is Marcus Dodd. I was reviewing the Order of Service issued today and I noticed that the name of Defendant Cheryl Greenberg is spelled incorrect in a few places in the order, such as in the caption on page 1 and on the list of Defendants and Service Addresses on page 5. There should be no "u" in her spelling of Greenberg.

I wanted to point this out to ensure that the Defendant is served properly.

Thank you for your time and consideration.

Signed:

Marcus Dodd