March 11, 2022

US District Court

Southern District of New York

Case Number: 21-cv-10987

Name: Marcus Andre Dodd

4646 North Beacon Street, #102

Chicago, IL 60640

marcusandredodd@gmail.com

312-560-9880

Dear Judge Vincent L. Briccetti,

I write to respectfully request an extension of time from original due date, March 11, 2022, to serve process on the defense.

I ask for this extension because the Summons were hand-delivered to the US Marshall for service on January 24, 2022, but the Defendants have yet to be served.

This is my FIRST request for an extension.

I thank the Court in advance for its consideration.

Respectfully submitted,

Marcus Dodd