UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARCUS ANDRE DODD,

                                    Plaintiff,

      -against-

MY SISTERS' PLACE, INC., KAREN CHEEKS-LOMAX, individually, THOMAS RICE, individually, ROBERT R. GHEEWALLA, individually, SUZANNE SEIDEN, individually, BARBARA RAHO, individually, EVAN J. COHEN, individually, CHERYL GREENBERG, individually, PETER CUTAIA, individually, MARIA FAUSTINO, individually, DANIA JONES-BROWN individually, and CHRISTINA DEBONIS, individually.

                                    Defendants.

Case No. 1:21-CV-10987 (VLB)

------------------------------------------------------------------X

## AFFIDAVIT OF MARY A. SMITH IN SUPPORT OF INDIVIDUAL DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

        Mary A. Smith, an attorney duly admitted to practice law before this Court and the Courts of the State of New York, hereby declares under penalty of perjury that the following statements are true:

        1.     I am a Principal with Jackson Lewis P.C., attorneys of record for Individual Defendants, Robert R. Gheewalla, Suzanne Seiden, Barbara Raho, Evan J. Cohen, Cheryl Greenberg, Peter Cutaia, Maria Faustino, Dania Jones-Brown and Christina Debonis (collectively, "Individual Defendants"), in the above-referenced matter. I submit this Affidavit In Support Of Individual Defendants' Partial Motion To Dismiss Plaintiff's Complaint. I am fully familiar with the facts and circumstances herein.

        2.     A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. True and correct copies of all unreported decisions cited in Individual Defendants' Partial Motion To Dismiss Plaintiff's Complaint are attached hereto collectively as Exhibit "B."

*Mary A. Smith* (signature)

Mary A. Smith

Dated: April 4, 2022
White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MARCUS ANDRE DODD,

                        Plaintiff,

   -against-

MY SISTERS' PLACE, INC., KAREN CHEEKS-LOMAX, individually, THOMAS RICE, individually, ROBERT R. GHEEWALLA, individually, SUZANNE SEIDEN, individually, BARBARA RAHO, individually, EVAN J. COHEN, individually, CHERYL GREENBERG, individually, PETER CUTAIA, individually, MARIA FAUSTINO, individually, DANIA JONES-BROWN individually, and CHRISTINA DEBONIS, individually.

                              Defendants.

Case No. 1:21-CV-10987 (VLB)

------------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Affidavit Of Mary A. Smith In Support Of Individual Defendant's Partial Motion To Dismiss Plaintiff's Complaint was filed and served via ECF and FedEx, on April 4, 2022 upon Plaintiff Pro Se at the address set forth below:

Marcus Dodd
4646 North Beacon Street, #102
Chicago, IL 60640
marcusandredodd@gmail.com
*Pro Se Plaintiff*

                                                             *Denise Moreira*
                                                            Denise Moreira

4881-2867-8922, v. 1