UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCUS ANDRE DODD,
         Plaintiff,

v.

MY SISTER'S PLACE, INC., et al.,
         Defendants.
--------------------------------------------------------------x

**AMENDED ORDER OF SERVICE**

21 CV 10987 (VB)

On December 21, 2021, plaintiff, proceeding pro se and in forma pauperis, filed a complaint in this action. (Doc. #2).

On April 27, 2022, plaintiff filed an amended complaint, naming two additional defendants: Hilary Touhy and Linda Purvis. (Doc. #37).

To allow plaintiff to effect service on the additional named defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for defendants Touhy and Purvis. The Clerk of Court is further instructed to issue summonses listing defendants Touhy and Purvis and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon them. The service addresses for these defendants are appended to this Order.

It is plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued, and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012).

**CONCLUSION**

The Court directs the Clerk of Court to complete USM-285 forms with the addresses for the listed defendants and deliver all documents necessary to effect service on the defendants to the U.S. Marshals Service.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 28, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

APPENDIX

1. Hilary Touhy
   8 Sunset Lane
   Harrison, NY 10528

2. Linda Purvis
   2 Greens Way
   New Rochelle, NY 10805