UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCUS ANDRE DODD,

                          Plaintiff,

    -against-

MY SISTERS' PLACE, INC.,
KAREN CHEEKS-LOMAX, individually,
THOMAS RICE, individually,
ROBERT R. GHEEWALLA, individually,
SUZANNE SEIDEN, individually,                  Case No. 1:21-CV-10987 (VLB)
BARBARA RAHO, individually,
EVAN J. COHEN, individually,
LINDA PURVIS, individually,
HILARY TOUHY, individually,
CHERYL GREENBERG, individually,
PETER CUTAIA, individually,
MARIA FAUSTINO, individually,
DANIA JONES-BROWN individually, and
CHRISTINA DEBONIS, individually.

                          Defendants.
------------------------------------------------------------------X

## AFFIDAVIT OF MARY A. SMITH IN SUPPORT OF INDIVIDUAL DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

        Mary A. Smith, an attorney duly admitted to practice law before this Court and the Courts of the State of New York, hereby declares under penalty of perjury that the following statements are true:

        1.    I am a Principal with Jackson Lewis P.C., attorneys of record for Individual Defendants, Robert R. Gheewalla, Suzanne Seiden, Barbara Raho, Evan J. Cohen, Linda Purvis, Cheryl Greenberg, Peter Cutaia, Maria Faustino, Dania Jones-Brown and Christina Debonis (collectively, "Individual Defendants"), in the above-referenced matter. I submit this Affidavit In Support Of Individual Defendants' Partial Motion To Dismiss Plaintiff's Amended Complaint. I am fully familiar with the facts and circumstances herein.

2.    A true and correct copy of the August 5, 2021 Agreement for Investigation and Compliance Consulting Services between My Sister's Place, Inc. and AxilPartners is attached hereto as Exhibit "A."

3.    True and correct copies of all unreported decisions cited in Individual Defendants' Partial Motion To Dismiss Plaintiff's Amended Complaint are attached hereto collectively as Exhibit "B."

*Mary A. Smith*
Mary A. Smith

Dated: May 18, 2022
　　　　White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCUS ANDRE DODD,

                           Plaintiff,

-against-

MY SISTERS' PLACE, INC.,
KAREN CHEEKS-LOMAX, individually,
THOMAS RICE, individually,
ROBERT R. GHEEWALLA, individually,
SUZANNE SEIDEN, individually,
BARBARA RAHO, individually,
EVAN J. COHEN, individually,
LINDA PURVIS, individually,
HILARY TOUHY, individually,
CHERYL GREENBERG, individually,
PETER CUTAIA, individually,
MARIA FAUSTINO, individually,
DANIA JONES-BROWN individually, and
CHRISTINA DEBONIS, individually.

                           Defendants.

Case No. 1:21-CV-10987 (VLB)

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Affidavit Of Mary A. Smith In Support Of Individual Defendant's Partial Motion To Dismiss Plaintiff's Amended Complaint was filed and served via ECF and FedEx, on May 18, 2022 upon Plaintiff Pro Se at the address set forth below:

Marcus Dodd
4646 North Beacon Street, #102
Chicago, IL 60640
marcusandredodd@gmail.com
*Pro Se Plaintiff*

*Maria Grosso*
Maria Grosso