UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCUS ANDRE DODD,
          Plaintiff,

v.

MY SISTERS' PLACE, INC., et al.,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 10987 (VB)

      On May 18, 2022, defendants My Sisters' Place, Inc., Karen Cheeks-Lomax, and Thomas Rice filed an answer to the amended complaint as well as two counterclaims against plaintiff, who is proceeding pro se and in forma pauperis. (Doc. #46). Plaintiff's deadline to answer, move, or otherwise respond to the counterclaims was June 8, 2022.

      Also on May 18, 2022, the remaining defendants in this action filed a motion to dismiss the amended complaint. (Doc. #47). Plaintiff's deadline to file an opposition to the motion to dismiss was June 1, 2022.

      On May 26, 2022, plaintiff requested an extension of his deadline to respond to the motion to dismiss until July 18, 2022 (Doc. #52), which the Court granted. (Doc. #53).

      To date, however, plaintiff has not filed an answer or otherwise responded to the counterclaims. Nor has plaintiff requested an extension of his time to do so.

      Accordingly, it is HEREBY ORDERED:

      By July 18, 2022, plaintiff shall answer, move, or otherwise respond to the counterclaims.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: June 13, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge