UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCUS ANDRE DODD,
                Plaintiff,

v.

MY SISTER'S PLACE, INC., et al.,
                Defendants.
--------------------------------------------------------------x

**SECOND AMENDED ORDER OF SERVICE**

21 CV 10987 (VB)

       On December 21, 2021, plaintiff, proceeding pro se and in forma pauperis, filed a complaint in this action.  (Doc. #2).

       On April 27, 2022, plaintiff filed an amended complaint, naming two additional defendants:  Hilary Touhy and Linda Purvis.  (Doc. #37).

       On April 28, 2022, the Court issued an Amended Order of Service which directed the U.S. Marshals Service to effect service on defendants Touhy and Purvis.  (Doc. #39.)

       On November 7, 2022, the Court ordered counsel for defendant My Sister's Place, Inc. ("MSP") to ascertain updated addresses where Touhy and Purvis may be served and to indicate whether MSP's counsel is willing to accept service on behalf of Tuohy and Purvis. (Doc. #61.)

       By letter dated November 15, 2022, MSP's counsel has now provided a new address for defendant Tuohy and stated that counsel is authorized to accept service on behalf of defendant Purvis. (Doc. #62.)

       Accordingly, it is HEREBY ORDERED that the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form for each defendant listed in the Appendix to this Order.  The Clerk of Court is further instructed to issue summonses listing defendants Touhy and Purvis and deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon them.  The service addresses for these defendants are appended to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 16, 2022
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

APPENDIX

1. Hilary Touhy
   Casa Lebre
   Sitio dos Moinhos
   Rua da Guine-Bissau
   8400-121, Carvoeiro
   Portugal

2. Linda Purvis
   c/o Jackson Lewis P.C.
   Attn: Mary A. Smith
   44 South Broadway, 14th Floor
   White Plains, NY 10601