UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCUS ANDRE DODD,
                Plaintiff,

v.

MY SISTERS' PLACE, INC.; KAREN
CHEEKS-LOMAX, Individually; THOMAS
RICE, Individually; and ROBERT R.
GHEEWALLA, Individually,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 10987 (VB)

As discussed at an on-the-record telephone conference held today and attended by plaintiff, who is proceeding <u>pro se</u> and <u>in forma pauperis</u>, and defendants' counsel, it is HEREBY ORDERED:

1. Plaintiff and defendants' counsel shall discuss settlement in good faith. By **January 24, 2024**, defendants' counsel shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

2. Defendants' motion for summary judgment, if any, is due **February 21, 2024**.

3. Plaintiff's opposition is due **March 21, 2024**.

4. Defendants' reply is due **April 4, 2024**.

Dated: January 10, 2024
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge