**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARCUS ANDRE DODD,

                Plaintiff,                              21 **CIVIL** 10987 (VB)

      -v-                                             **<u>JUDGMENT</u>**

MY SISTERS' PLACE, INC.; KAREN
CHEEKS-LOMAX, Individually; THOMAS
RICE, Individually; and ROBERT R.
GHEEWALLA, Individually,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 17, 2024, Defendants' motion for summary judgment is GRANTED. All of plaintiff's claims are dismissed. The Judgment dismisses all of plaintiff's claims; and defendant My Sisters' Place, Inc., is entitled to judgment against plaintiff in the amount of $1,715 on its counterclaim for conversion, and $8,654 on its counterclaim for breach of the duty of loyalty, for a total of $10,369. Accordingly, the case is closed.

**Dated:**  New York, New York

      June 17, 2024

                                                          **DANIEL ORTIZ**
                                                  **Acting, Clerk of Court**

                              **BY:** _____
                                                       **Deputy Clerk**